UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DILLONGER J. MAJORS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-CV-00233 SNLJ |
| JACOB REEVES, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff Dillonger Majors' second motion for extension of time to file his certified inmate account statement. [ECF No. 9]. Because the Court already granted plaintiff an extension of time to file his certified account statement in its January 16, 2025 Memorandum and Order, [ECF No. 8], the Court will deny plaintiff's second motion for extension of time, without prejudice.[1] As set forth in the Court's prior Memorandum and Order, plaintiff must file an amended complaint on the Court-provided form, as well as either pay the full filing fee of $405 or file a motion to proceed in forma pauperis, along with a copy of his certified account statement, no later than February 6, 2025. [ECF No. 8].

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to file his certified account statement [ECF No. 9] is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that, in accordance with the January 16, 2025 Memorandum and Order, [ECF No. 8], plaintiff must file an amended complaint on a Court-provided form no later than February 6, 2025.

---

[1] Plaintiff previously moved for an extension of time to file his certified account statement on January 13, 2025. [ECF No. 7].

**IT IS FURTHER ORDERED** that, in accordance with the January 16, 2025 Memorandum and Order, [ECF No. 8], plaintiff shall either pay the $405 filing fee or submit a motion to proceed in forma pauperis on the Court-provided form no later than February 6, 2025. If plaintiff files a motion to proceed in forma pauperis, he shall also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that plaintiff's failure to timely comply with this Order may result in the dismissal of this action, without prejudice.

Dated this 23rd day of January, 2025.

_/s/ Stephen N. Limbaugh, Jr._
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE