**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| DILLONGER J. MAJORS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-CV-00233 SNLJ |
| JACOB REEVES, et al., | ) ) ) |
| Defendants. | ) ) |

### MEMORANDUM AND ORDER

Before the Court is plaintiff Dillonger Majors' motion for reconsideration of the Court's Memorandum and Order issued on January 16, 2025, requiring plaintiff to submit an amended complaint on a Court provided form. *See* ECF No. 8; ECF No. 13. Plaintiff states that he did not receive a copy of the Court's Prisoner Civil Rights Complaint form from the Clerk, and thus, he is unable to comply with the Court Order. Additionally, he states that he does not have enough funds to mail an amended complaint on a Court-provided form to the Court. [ECF No. 13].

The Court will have the Clerk provide plaintiff a new Prisoner Civil Rights Complaint form so that he can comply with the Court's Order. Additionally, the Court reminds plaintiff that he does not need to utilize stamps to send the amended complaint to the Court because the Court has an agreement with the Missouri Department of Corrections (MDOC) that all pleadings from prisoners incarcerated in MDOC can be sent to the Court via electronic scanning. Plaintiff should contact classification staff at Southeast Correctional Center (SECC) if he has questions about electronic scanning, and they can assist him in utilizing designated scanners at SECC to ensure that his pleading is properly sent to the Court.

Last, the Court notes that although it has received a certified account statement from plaintiff, it has not yet received a completed motion to proceed in forma pauperis on a Court-provided form. The Court will have the Clerk provide plaintiff an "Application to Proceed in District Court without Prepaying Fees or Costs" form, which this Court customarily refers to as a motion to proceed in forma pauperis Court form. If plaintiff fails send in his amended complaint or fails to complete a motion to proceed in forma pauperis in a timely manner, or pay the full filing fee of $405, this action will be dismissed, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the Court's Memorandum and Order issued on January 16, 2023 [ECF No. 13] is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff a copy of the Court's "Application to Proceed in District Court without Prepaying Fees or Costs" form, also known as a motion to proceed in forma pauperis Court form, and a copy of the Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff copies of the Court's January 16, 2025 Memorandum and Order and January 8, 2025 Memorandum and Order [ECF Nos. 2 and 8]. Plaintiff shall follow the instructions for amending his complaint set forth in the Court's prior Orders. Plaintiff's amended complaint must be provided on a Court form.

**IT IS FURTHER ORDERED** that, in accordance with the Court's prior Orders, [ECF Nos. 2 and 8], plaintiff must file an amended complaint on a Court-provided form no later than, **March 21, 2025**.

**IT IS FURTHER ORDERED** that, in accordance with the Court's prior Orders, [ECF Nos. 2 and 8], plaintiff shall either pay the $405 filing fee or submit a motion to proceed in forma pauperis on the Court-provided form no later than **March 21, 2025**.

**IT IS FURTHER ORDERED** that plaintiff's failure to timely comply with this Order may result in the dismissal of this action, without prejudice.

Dated this 28th day of February, 2025.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE