UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DISTRICT

| | |
|---|---|
| DILLONGER MAJORS,<br><br>        Plaintiff,<br>v.<br><br>JACOB REEVES, et al.,<br><br>        Defendants. | Case No.  1:24-cv-00233 SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court on Missouri Department of Corrections counsel's under seal and *ex parte* June 9, 2025 correspondence providing the last known residential address for defendant Kyle Biler so that service may be effectuated on Biler. [Doc. 23]. Because plaintiff Dillonger Majors is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the addresses provided in docket number 23. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant Kyle Biler at the address provided in docket number 23.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be **filed under seal and *ex parte***.

Dated this 10th day of June, 2025.

                                                                            STEPHEN N. LIMBAUGH, JR.
                                                                            SENIOR UNITED STATES DISTRICT JUDGE