**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| DILLONGER MAJORS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00233-SNLJ |
| JACOB REEVES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is defendants' thirty-day motion for extension of time to file a responsive pleading to plaintiff's second amended complaint. [ECF No. 33]. Defendants seek leave to file their answer or responsive pleading by August 14, 2025. For good cause shown, the Court will grant the motion for extension of time.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for extension of time to file a responsive pleading to plaintiff's second amended complaint [ECF No. 33] is **GRANTED.**

**IT IS FURTHER ORDERED** that defendants shall file their answer or other responsive pleading to this Court no later than **August 14, 2025.**

Dated this 16th day of July, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE