UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

DILLONGER J. MAJORS,                    )
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )        Case No. 1:24-cv-00233-SNLJ
                                        )
JACOB REEVES, et al.,                   )
                                        )
            Defendants.                 )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's proposed "Order to Show Cause for a Preliminary Injunction."   [Doc. 38].   Plaintiff has not filed a motion for a preliminary injunction, and because the proposed order lacks his signature, it cannot be considered as such.   *See* Fed. R. Civ. P. 11(a) ("every pleading, written motion, and other paper must be signed ... by a party personally if the party is unrepresented"); E.D. Mo. L.R. 2.01(A)(1) (stating that all filings "shall contain the signature of the self-represented party or the party's attorney").

Even if the proposed order could be considered a motion, the plaintiff is not entitled to the relief he requests. There are no factual allegations supporting a request for a preliminary injunction.   Further, the relief he seeks is not of the same character as the relief sought in this case, and the filing does not address a claim raised in this case.   *See Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (holding that injunctive relief is only appropriate if it requests the same type of

relief as in the underlying case and pertains to a matter presented in that case).

Accordingly,

**IT IS HEREBY ORDERED** that the proposed order [Doc. 38] shall be

**STRICKEN**.

**SO ORDERED** this 21st day of August, 2025.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE