UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DILLONGER J. MAJORS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:24-cv-00233-SNLJ |
| JACOB REEVES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for default judgment against defendant Kyle Biler [Doc. 53]. Although a Clerk's entry of default was recorded against defendant Biler, it was subsequently set aside, and Biler was instructed to file a responsive pleading by January 5, 2026 [Doc. 49]. Defendant Biler filed an Answer on January 2, 2026 [Doc. 50]. Consequently, defendant Biler is no longer in default, and the motion for default judgment must be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [Doc. 53] is **DENIED**.

**SO ORDERED** this 26th day of February, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE